UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PERFEKT MARKETING LLC, | Case No. 2:15-cv-00717-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| LUXURY VACATION DEALS LLC, et al., | |
| Defendants. | |

Before the court is the Notice of Change of Attorney (Dkt. #9) and the Amended Notice of Change of Attorney (Dkt. #11) with attached substitution of attorney in State Court Case A-14-703875-F which was filed in state court before this case was removed on April 10, 2015. The notice requests that Adam Breeden of Lewis Brisbois Bisgaard & Smith no longer receive notification of this matter as he substituted out as counsel on April 10, 2015. This matter was removed to federal district court April 17, 2015, and the substitution of attorneys was not attached as an exhibit in the Petition for Removal (Dkt. #1).

A review of the docket does not show correct counsel for Plaintiff receiving notice in this matter. Accordingly,

**IT IS ORDERED** that the clerk of court shall correctly reflect the representation of counsel for Plaintiff Perfekt Marketing LLC as Vernon A. Nelson, Jr., of Wilson Elser Moskowitz Edelman & Dicker, LLC in the place of Adam J. Breeden of Lewis Brisbois Bisgaard & Smith, LLP.

DATED this 29th day of April 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1