CAROLINE D. CIRAOLO
Acting Assistant Attorney General

GERALD A. ROLE (IL #6198922)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
T: 202-307-0461
F: 202-307-0054
gerald.a.role@usdoj.gov

*Attorneys for defendant*
*United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PERFEKT MARKETING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LUXURY VACATION DEALS, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:15-CV-00717-JCM-PAL<br><br>(Removal of Case No. A-14-703785-F from the District Court of Clark County, Nevada)<br><br>**UNITED STATES' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD; ORDER THEREON  (First Request)** |

The United States of America, through undersigned counsel, respectfully moves this Court for an order extending to May 18, 2015, the time in which it must respond to intervening defendant Chicago Title Company, Inc.'s complaint in intervention to interplead funds.  In support of its motion, the United States asserts as follows:

1.   The United States Attorney for the District of Nevada was served with the summons and complaint in intervention in this action on March 19, 2015.

1

2. On April 17, 2015, this case was timely removed from the District Court of Clark County to this Court.

3. Under the Federal Rule of Civil Procedure governing removed actions, an answer would be due 7 days from the date the action was removed, *see* Fed. R. Civ. P. 81(c)(2)(C), in this case, April 24, 2015.

4. The United States, its officers, and its employees normally receive 60 days in which to file an answer or otherwise plead. Fed. R. Civ. P. 12(a)(2); 28 U.S.C. §2410(b). In this case, the government's response would be due on May 18, 2015.

5. The United States respectfully requests an extension of time which would afford it the full 60 days in which to respond. This would allow counsel for the United States time to receive from the Internal Revenue Service the material necessary to respond to the complaint and defend its interests, as well as obtain the Service's views on the matter. This motion is not being made for delay, but to permit the United States to prepare a cogent and accurate response which would advance this litigation.

6. Both the Federal and local civil rules authorize this Court to grant, for good cause, an extension of time in which to answer or otherwise plead. Fed. R. Civ. P. 6(b); LR 6-1.

7. In moving for an extension of time, the United States does not waive any defenses listed in Fed. R. Civ. P. 12(h).

For these reasons, the United States requests that its motion for an extension of time be granted, and that it be given until and including May 18, 2015, in which to serve its response to plaintiff's complaint.

Dated: April 22, 2015.

                                            Respectfully submitted,

                                            CAROLINE D. CIRAOLO
                                            Acting Assistant Attorney General

                                            */s/ Gerald A. Role*
                                            GERALD A. ROLE (IL #6198922)
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 683
                                            Washington, D.C. 20044
                                            Telephone: (202) 307-0461
                                            Fax: (202) 307-0054
                                            Email: gerald.a.role@usdoj.gov

IT IS SO ORDERED.

                                        _____
                                        PEGGY A. LEEN
                                        United States Magistrate Judge

                                     Dated: April 30, 2015

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing was served this 22nd day of April, 2015, by filing it with the Court's CM/ECF system, which will electronically transmit copies thereof to:

>Adam J. Breeden, Esq.
>Lewis Brisbois Bisgaard & Smith
>6385 S. Rainbow Boulevard, Suite 600
>Las Vegas, Nevada  89118
>*Attorneys for Plaintiff Perfekt Marketing LLC*
>
>Marni Watkins, Esq.
>Fidelity National Law Group
>2450 St. Rose Parkway – Suite 150
>Henderson, Nevada  89074
>*Attorneys for Intervening Plaintiff Chicago Title Co., Inc.*

>　　　*/s/ Gerald A. Role*
>　　　GERALD A. ROLE